UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) | Case No.  18-31449-tmb7 |
| KAMANA O'KALA, LLC | ) | |
| | ) | NOTICE OF FURTHER |
| Debtor(s). | ) | OPPORTUNITY TO SUBMIT UPSET |
| | ) | BIDS OR OBJECTIONS |

The Bankruptcy Court has directed the Chapter 7 Trustee to give NOTICE to 21 property owners that each has an additional opportunity to submit Upset Bids or Objections to the Trustee's Notice of Intent to Sell, the debtor's interest, if any,  in certain property which includes an "Agreement to provide maintenance and warranty for commercial solar installations" (Solar Contract) that affects your property.

**PLEASE TAKE NOTICE AS FOLLOWS**:

The Trustee has received an offer to purchase the debtor's interest, if any, in certain property that includes 21 Solar Contracts, AS IS, for the sum of $20,000.  Following the initial sale notice,  the Trustee received two timely upset bids in the sum of $25,000 each from individuals with property subject to one or more of the Solar Contracts.  At a preliminary hearing to consider further bidding between the original bidder and the two upset bidders, the Court directed that the Trustee give you an additional opportunity to submit an Upset Bid, or an Objection,  to the proposed sale. The Court is requiring this further Notice because the pending sale could have an impact on the continued use and service of the solar array located on your property.

**NOTICE** is given that if you wish to submit an Upset Bid to the proposed purchase of the debtor's interest, if any, in the 21 Solar Contracts, including the one(s)  affecting your property,  you **MUST** deliver to the bankruptcy trustee on or before **August 7, 2018,**  at the mailing address or email address set forth below,  a bid of not less than $25,000.  Alternatively, if you wish to submit an Objection to the proposed sale,  you **MUST** file your written objection with the Bankruptcy Court at the address set forth below, on or before **August 7, 2018**.  Be sure to include the Debtor's name and Case Number on your submission.

**NOTICE OF HEARING**.  The Bankruptcy Court will consider any additional Upset Bids or Sale Objections at a further preliminary hearing to be held at 11:00am on August 9, 2018.  Interested parties may participate by following the phone in procedures described on the attached document.   Interested parties may also appear in person for the hearing which will be held in Courtroom #4 US Bankruptcy Court 1001 SW 5th Ave. Portland, OR.

**IMPORTANT**.  If you have any questions regarding the nature of the assets being sold and the impact it may have on the Solar Contract affecting your property, you are **URGED** to contact the Bankruptcy Trustee directly and/or consult with your own legal counsel.

Date:  July 12, 2018

Bankruptcy Trustee:   Kenneth S. Eiler; 515 NW Saltzman Rd. PMB 810, Portland, OR 97229
kenneth.eiler7@gmail.com;  503-292-6020

Bankruptcy Court Clerk:      US Bankruptcy Court 1001 SW 5th Ave. Ste 700 Portland, OR 97205

Submitted by:      /s/ Kenneth S. Eiler, Chapter 7 Trustee

# TELEPHONE HEARING INSTRUCTIONS

To participate in the telephone hearing, dial the Toll Free Call in Number **888-684-8852** and enter the seven digit Access Code **4950985 followed by the "#" key**. You may be placed on hold until the courtroom deputy activates the conference call, or you may hear others speaking. Another hearing may be in progress; do not announce your presence until the courtroom deputy takes roll call or your hearing is called.

Due to the unavailability of the courtroom deputy prior to hearings, last minute requests are difficult to accommodate and are discouraged.

If you have problems connecting or the courtroom deputy does not activate the call within 5 minutes after your scheduled hearing time, hang up and call the court at: **Portland (503) 326-1500.**

# TELEPHONE HEARING REQUIREMENTS

. You must call in and connect to the telephone hearing line or personally appear in the judge's courtroom no later than your scheduled hearing time. The court will not call you.

. You may be asked to call again from another phone if your connection is weak or creates static or disruptive noise.

. Please mute your phone when you are not speaking. If you do not have a mute function on your phone, press *6 to mute and *6 again to unmute if you need to speak. Do not put the court on hold if it will result in music or other noise. If available, set the phone to "Do Not Disturb" so it will not ring during the hearing.

. When it is time for you to speak, take your phone off the "speaker" option or headset to minimize background noise and improve sound quality. Position the telephone to minimize paper rustling. Do not use a keyboard or talk with others in the room. Be aware that telephone hearings may be amplified throughout the courtroom.

. Do not announce your presence until the court calls your case. Simply stay on the line, even if there is only silence, until the judge starts the hearings, and then continue to listen quietly until your case is called.

. Whenever speaking, first identify yourself. When the court calls your case, it is helpful if the moving party speaks first to avoid multiple parties speaking at the same time.

. Be on time. The judge may handle late calls the same as a late appearance in the courtroom.