# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF OREGON

In re: KAMANA O'KALA, LLC      §    Case No. 318-31449TMB

     §

     §

Debtor(s)      §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

KENNETH S. EILER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $0.00
*(without deducting any secured claims)*

Assets Exempt: $0.00

Total Distribution to Claimants:$21,572.67

Claims Discharged
Without Payment: $8,553,088.37

Total Expenses of Administration:$4,662.33

3) Total gross receipts of $ 26,235.00 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2** ), yielded net receipts of $26,235.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,669.58 | 4,662.33 | 4,662.33 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 12,850.00 | 35,001.28 | 35,001.28 | 21,572.67 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,473,332.01 | 6,139,517.25 | 6,139,517.25 | 0.00 |
| **TOTAL DISBURSEMENTS** | $2,486,182.01 | $6,179,188.11 | $6,179,180.86 | $26,235.00 |

4)  This case was originally filed under Chapter 7 on April 26, 2018. The case was pending for 15 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/31/2019_____     By:  /s/KENNETH S. EILER_____

Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Ford TX Box Van Truck, 1998 VIN FDWE37S5WHB59395 | 1129-000 | 400.00 |
| Equipment Trailer Plate Number HU64236, Vin, 5R8 | 1129-000 | 500.00 |
| Flatbed Trailer Plate Number HU07543, Vin SK4544 | 1129-000 | 300.00 |
| Utility Trailer Plate Number U430404, Vin 4RACS1 | 1129-000 | 1,500.00 |
| Funds in Kamana O'Kala Bank of America Account, | 1129-000 | 235.00 |
| Raw Materials: $5,000 value if each item sold in | 1129-000 | 2,000.00 |
| SOLAR CONTRACTS | 1129-000 | 21,300.00 |
| **TOTAL GROSS RECEIPTS** | | **$26,235.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - KENNETH S. EILER | 2100-000 | N/A | 3,373.50 | 3,373.50 | 3,373.50 |
| Trustee Expenses - KENNETH S. EILER | 2200-000 | N/A | 37.05 | 37.05 | 37.05 |
| Other - Bennington Moshofsky PC | 3410-000 | N/A | 1,157.25 | 1,150.00 | 1,150.00 |
| Other - Bennington Moshofsky PC | 3420-000 | N/A | 7.25 | 7.25 | 7.25 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 23.55 | 23.55 | 23.55 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 21.53 | 21.53 | 21.53 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.80 | 20.80 | 20.80 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 23.65 | 23.65 | 23.65 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $4,669.58 | $4,662.33 | $4,662.33 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4P | Oregon Employment Department | 5800-000 | N/A | 8,480.29 | 8,480.29 | 5,226.74 |
| 7P | Franchise Tax Board | 5800-000 | N/A | 3,383.82 | 3,383.82 | 2,085.58 |
| 8P | IRS - Centralized Insolvency | 5800-000 | N/A | 3,200.00 | 3,200.00 | 1,972.29 |
| 19 | Franchise Tax Board | 5800-000 | N/A | 800.00 | 800.00 | 493.07 |
| 20 | OREGON DEPARTMENT OF REVENUE | 5800-000 | N/A | 19,137.17 | 19,137.17 | 11,794.99 |
| NOTFILED | Patrick Schellerup | 5200-000 | 12,850.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $12,850.00 | $35,001.28 | $35,001.28 | $21,572.67 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Tyco Integrated Security, LLC | 7100-000 | 18,888.30 | 14,912.10 | 14,912.10 | 0.00 |
| 2 | Tyco Integrated Security, LLC | 7100-000 | N/A | 3,841.50 | 3,841.50 | 0.00 |
| 3 | PORTLAND GENERAL ELECTRIC | 7100-000 | 1,756.51 | 1,702.96 | 1,702.96 | 0.00 |
| 4U | Oregon Employment Department | 7300-000 | N/A | 692.50 | 692.50 | 0.00 |
| 5 | Louisiana Workforce Commission | 7100-000 | 2,278.78 | 2,272.27 | 2,272.27 | 0.00 |
| 6 | Brian Arbizzani | 7100-000 | 9,000.00 | 8,700.00 | 8,700.00 | 0.00 |
| 7U | Franchise Tax Board | 7300-000 | 0.00 | 1,646.68 | 1,646.68 | 0.00 |
| 8U | IRS - Centralized Insolvency | 7100-000 | 0.00 | 2,220.66 | 2,220.66 | 0.00 |
| 9 | Koorosh Zaerpoor | 7100-000 | N/A | 10,523.00 | 10,523.00 | 0.00 |
| 10 | Lite Solar Corp. | 7100-000 | 0.00 | 2,000,000.00 | 2,000,000.00 | 0.00 |
| 11 | Ranbir S. Sahni | 7100-000 | 0.00 | 2,000,000.00 | 2,000,000.00 | 0.00 |
| 12 | Totalis Energy, LLC | 7100-000 | 0.00 | 2,000,000.00 | 2,000,000.00 | 0.00 |
| 13 | David Vant Hof Legal and Strategic Services | 7100-000 | 1,960.00 | 1,960.00 | 1,960.00 | 0.00 |
| 14 | Geotechnics LLC | 7100-000 | 10,252.00 | 16,794.50 | 16,794.50 | 0.00 |
| 15 | Greg Kamps | 7100-000 | 0.00 | 9,867.60 | 9,867.60 | 0.00 |
| 16 | TMI Enterprise | 7100-000 | 4,254.80 | 4,014.80 | 4,014.80 | 0.00 |
| 17 | Craft3 | 7100-000 | 30,000.00 | 45,940.85 | 45,940.85 | 0.00 |
| 20U | OREGON DEPARTMENT OF REVENUE | 7200-000 | N/A | 1,176.30 | 1,176.30 | 0.00 |
| 8UP | IRS - Centralized Insolvency | 7300-000 | N/A | 13,251.53 | 13,251.53 | 0.00 |
| NOTFILED | Oceanic | 7100-000 | 1,364.45 | N/A | N/A | 0.00 |
| NOTFILED | Metro Machinery Rigging | 7100-000 | 1,970.90 | N/A | N/A | 0.00 |
| NOTFILED | NW Natural | 7100-000 | 1,736.03 | N/A | N/A | 0.00 |
| NOTFILED | Mike Middleton | 7100-000 | 2,036.50 | N/A | N/A | 0.00 |
| NOTFILED | National Registered Agents Inc. | 7100-000 | 189.00 | N/A | N/A | 0.00 |
| NOTFILED | Metro Safety & Fire | 7100-000 | 1,105.00 | N/A | N/A | 0.00 |
| NOTFILED | Mobile Mini | 7100-000 | 184.00 | N/A | N/A | 0.00 |
| NOTFILED | Mitchell Brothers Trucking | 7100-000 | 1,216.00 | N/A | N/A | 0.00 |
| NOTFILED | LifeWise Health Plans of Oregon | 7100-000 | 16,824.10 | N/A | N/A | 0.00 |
| NOTFILED | McHugh Line Stripping | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | Jordan Ramis PC | 7100-000 | 45,150.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Joshua Wallace | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jessica Kaplan | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Inter Island Solar | 7100-000 | 250.73 | N/A | N/A | 0.00 |
| NOTFILED | HEMIC | 7100-000 | 176.00 | N/A | N/A | 0.00 |
| NOTFILED | Hidden Oaks Storage | 7100-000 | 626.00 | N/A | N/A | 0.00 |
| NOTFILED | Kauai Kahikina | 7100-000 | 12,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Kelli Wolford | 7100-000 | 2,102.15 | N/A | N/A | 0.00 |
| NOTFILED | Levy Von Beck and Associates PS | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Oregon Dept of Revenue | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Leslie A. Cohen Law PC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Lane Powell Attorneys & Counselors | 7100-000 | 1,870,480.50 | N/A | N/A | 0.00 |
| NOTFILED | Kellog Park Investment, LLC | 7100-000 | 24,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Labor Ready | 7100-000 | 2,371.88 | N/A | N/A | 0.00 |
| NOTFILED | Mark Borenstein | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Platt Electrical Supply | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Stephen A Weaver | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sussman Shanbk LLP | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | State of Washington | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | total traffic + weather | 7100-000 | 650.00 | N/A | N/A | 0.00 |
| NOTFILED | Spot Properties LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | United Health Care | 7100-000 | 21,533.50 | N/A | N/A | 0.00 |
| NOTFILED | Umpqua Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wilhelm Trucking & Riggin | 7100-000 | 1,440.00 | N/A | N/A | 0.00 |
| NOTFILED | YRC Freight | 7100-000 | 4,788.00 | N/A | N/A | 0.00 |
| NOTFILED | Waste Management of Oregon Attn RMC Bankruptcy | 7100-000 | 392.49 | N/A | N/A | 0.00 |
| NOTFILED | Slinde Nelson Stanford | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | UPS | 7100-000 | 843.99 | N/A | N/A | 0.00 |
| NOTFILED | Shelly Wadsworth | 7100-000 | 1,178.49 | N/A | N/A | 0.00 |
| NOTFILED | Paul Carter, Esq. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Pete Edling | 7100-000 | 2,144.59 | N/A | N/A | 0.00 |
| NOTFILED | Pahounui Partners LLC | 7100-000 | 11,934.55 | N/A | N/A | 0.00 |
| NOTFILED | Hayden Swarner | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Pacific Renewable Partners Corporation | 7100-000 | 2,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Progressive Waste Solutions | 7100-000 | 1,082.35 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Portland Police Alarms | 7100-000 | 325.00 | N/A | N/A | 0.00 |
| NOTFILED | Robert Lyons | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Robert M Ungar | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Regus Managment Group | 7100-000 | 1,122.66 | N/A | N/A | 0.00 |
| NOTFILED | Oregon Employment Department | 7100-000 | 93.03 | N/A | N/A | 0.00 |
| NOTFILED | ProLogis TLF (Portland) LLC | 7100-000 | 175,000.00 | N/A | N/A | 0.00 |
| NOTFILED | gkl | 7100-000 | 99.00 | N/A | N/A | 0.00 |
| NOTFILED | Hayden Michelli | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | ADP | 7100-000 | 73,528.33 | N/A | N/A | 0.00 |
| NOTFILED | Aflac | 7100-000 | 1,818.52 | N/A | N/A | 0.00 |
| NOTFILED | Arianna D. Ogdahl | 7100-000 | 5,316.67 | N/A | N/A | 0.00 |
| NOTFILED | Austin Frank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Brett Stigile | 7100-000 | 2,471.86 | N/A | N/A | 0.00 |
| NOTFILED | Hawaii Self Storage | 7100-000 | 2,656.71 | N/A | N/A | 0.00 |
| NOTFILED | Billy Rester | 7100-000 | 4,363.12 | N/A | N/A | 0.00 |
| NOTFILED | Bakersfield Pipe & Supply Company | 7100-000 | 6,583.81 | N/A | N/A | 0.00 |
| NOTFILED | Calley Vankirk | 7100-000 | 20,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Bullet Rental & Sales | 7100-000 | 1,498.51 | N/A | N/A | 0.00 |
| NOTFILED | Eugene Michelli | 7100-000 | 8,053.31 | N/A | N/A | 0.00 |
| NOTFILED | Frank Pokorny | 7100-000 | 1,543.01 | N/A | N/A | 0.00 |
| NOTFILED | Edward H. Cummings | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gage | 7100-000 | 252.50 | N/A | N/A | 0.00 |
| NOTFILED | Ebay | 7100-000 | 509.07 | N/A | N/A | 0.00 |
| NOTFILED | Geffen Mesher & Company, P.C. | 7100-000 | 4,065.92 | N/A | N/A | 0.00 |
| NOTFILED | Hawaii Dept of Revenue | 7100-000 | 15.28 | N/A | N/A | 0.00 |
| NOTFILED | Hawaii Engineering Group | 7100-000 | 14,971.18 | N/A | N/A | 0.00 |
| NOTFILED | Green Transfer & Storage Co | 7100-000 | 1,081.25 | N/A | N/A | 0.00 |
| NOTFILED | CenturyLink | 7100-000 | 1,078.26 | N/A | N/A | 0.00 |
| NOTFILED | Grant Lauglin | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | EarthLink | 7100-000 | 12,859.74 | N/A | N/A | 0.00 |
| NOTFILED | Chint Power Systems | 7100-000 | 6,267.34 | N/A | N/A | 0.00 |
| NOTFILED | Clear Channel | 7100-000 | 5,262.72 | N/A | N/A | 0.00 |
| NOTFILED | Chevron | 7100-000 | 746.81 | N/A | N/A | 0.00 |
| NOTFILED | Comcast | 7100-000 | 117.90 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Charles R Markley, Esq | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Core Service, LLC | 7100-000 | 2,649.00 | N/A | N/A | 0.00 |
| NOTFILED | David K. Luneke PE | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | CSO Financial Inc. | 7100-000 | 908.00 | N/A | N/A | 0.00 |
| NOTFILED | Daniel Davis | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | CSA Planning Ltd. | 7100-000 | 6,611.91 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $2,473,332.01 | $6,139,517.25 | $6,139,517.25 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 318-31449TMB

**Case Name:** KAMANA O'KALA, LLC

**Period Ending:** 07/31/19

**Trustee:** (570100) KENNETH S. EILER

**Filed (f) or Converted (c):** 04/26/18 (f)

**§341(a) Meeting Date:** 05/23/18

**Claims Bar Date:** 08/22/18

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Ford TX Box Van Truck, 1998 VIN FDWE37S5WHB59395<br>  PART SALE PROCEEDS PER REPORT OF SALE AT DKT. #77 | 400.00 | 400.00 | | 400.00 | FA |
| 2 | Equipment Trailer Plate Number HU64236, Vin, 5R8<br>  PART SALE PROCEEDS PER REPORT OF SALE AT DKT. #77 | 500.00 | 500.00 | | 500.00 | FA |
| 3 | Flatbed Trailer Plate Number HU07543, Vin SK4544<br>  PART SALE PROCEEDS PER REPORT OF SALE AT DKT. #77 | 300.00 | 300.00 | | 300.00 | FA |
| 4 | Utility Trailer Plate Number U430404, Vin 4RACS1<br>  PART SALE PROCEEDS PER REPORT OF SALE AT DKT. #77 | 1,500.00 | 1,500.00 | | 1,500.00 | FA |
| 5 | Funds in Kamana O'Kala Bank of America Account, | 235.93 | 235.93 | | 235.00 | FA |
| 6 | Kamana O'Kala LLC and Patrick Schellerup vs. Ran | Unknown | 0.00 | | 0.00 | FA |
| 7 | Kamana O'Kala LLC v Lite Solar LLC et al. Multno | Unknown | 0.00 | | 0.00 | FA |
| 8 | Notes Receivable: Promissory Note from Totalis E | 0.00 | 0.00 | | 0.00 | FA |
| 9 | A/R Over 90 days old. Face amount = $908,926.77. | 0.00 | 0.00 | | 0.00 | FA |
| 10 | A/R Over 90 days old. Face amount = $0.00. Doubt | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Raw Materials: $5,000 value if each item sold in<br>  PART SALE PROCEEDS PER REPORT OF SALE AT DKT. #77 | 2,000.00 | 2,000.00 | | 2,000.00 | FA |
| 12 | SOLAR CONTRACTS | 21,300.00 | 21,300.00 | | 21,300.00 | FA |
| **12** | **Assets**   Totals (Excluding unknown values) | **$26,235.93** | **$26,235.93** | | **$26,235.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

ZERO FILED

Printed: 07/31/2019 08:39 AM     V.14.56

Case 18-31449-tmb7    Doc 96    Filed 08/21/19

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 318-31449TMB

**Case Name:** KAMANA O'KALA, LLC

**Period Ending:** 07/31/19

**Trustee:** (570100) KENNETH S. EILER

**Filed (f) or Converted (c):** 04/26/18 (f)

**§341(a) Meeting Date:** 05/23/18

**Claims Bar Date:** 08/22/18

| 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br><br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br><br>Property<br><u>Abandoned</u><br>OA=§554(a) | 5<br><br>Sale/Funds<br>Received by<br>the Estate | 6<br><br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 1, 2018     **Current Projected Date Of Final Report (TFR):** March 17, 2019 (Actual)

Case 18-31449-tmb7    Doc 96    Filed 08/21/19

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 318-31449TMB

**Case Name:** KAMANA O'KALA, LLC

**Taxpayer ID #:** **-***7811

**Period Ending:** 07/31/19

**Trustee:** KENNETH S. EILER (570100)

**Bank Name:** Rabobank, N.A.

**Account:** ******1766 - Checking Account

**Blanket Bond:** $59,128,572.00 (per case limit)

**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 09/24/18 | | TOTALIS ENERGY LLC | WINNING BID AT AUCTION | | | 26,000.00 | | 26,000.00 |
| | {1} | | PAYMENT ON VEHICLE | 400.00 | 1129-000 | | | 26,000.00 |
| | {2} | | PAYMENT ON TRAILER | 500.00 | 1129-000 | | | 26,000.00 |
| | {3} | | PAYMENT ON TRAILER | 300.00 | 1129-000 | | | 26,000.00 |
| | {4} | | TRAILER | 1,500.00 | 1129-000 | | | 26,000.00 |
| | {11} | | MISCL EQUIPMENT | 2,000.00 | 1129-000 | | | 26,000.00 |
| | {12} | | SOALR CONTRACTS | 21,300.00 | 1129-000 | | | 26,000.00 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 5.00 | 25,995.00 |
| 10/18/18 | {5} | PAT SCHELLERUP | BANK FUNDS | | 1129-000 | 235.00 | | 26,230.00 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 23.55 | 26,206.45 |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 21.53 | 26,184.92 |
| 12/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 20.80 | 26,164.12 |
| 01/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 23.65 | 26,140.47 |
| 06/30/19 | 101 | Bennington Moshofsky PC | Dividend paid 100.00% on $1,150.00, Accountant for Trustee Fees (Other Firm); Reference: | | 3410-000 | | 1,150.00 | 24,990.47 |
| 06/30/19 | 102 | Bennington Moshofsky PC | Dividend paid 100.00% on $7.25, Accountant for Trustee Expenses (Other Firm); Reference: | | 3420-000 | | 7.25 | 24,983.22 |
| 06/30/19 | 103 | Oregon Employment Department | Account Number If Known: | | 5800-000 | | 5,226.74 | 19,756.48 |
| 06/30/19 | 104 | Franchise Tax Board | Account Number If Known: | | 5800-000 | | 2,085.58 | 17,670.90 |
| 06/30/19 | 105 | IRS - Centralized Insolvency | Account Number If Known: | | 5800-000 | | 1,972.29 | 15,698.61 |
| 06/30/19 | 106 | Franchise Tax Board | Account Number If Known: | | 5800-000 | | 493.07 | 15,205.54 |
| 06/30/19 | 107 | OREGON DEPARTMENT OF REVENUE | Account Number If Known: | | 5800-000 | | 11,794.99 | 3,410.55 |
| 06/30/19 | 108 | KENNETH S. EILER | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | | 3,410.55 | 0.00 |
| | | | Dividend paid 100.00% on $3,373.50; Claim# ; Filed: $3,373.50 | 3,373.50 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $37.05; Claim# ; Filed: $37.05 | 37.05 | 2200-000 | | | 0.00 |

Subtotals : $26,235.00    $26,235.00

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 318-31449TMB

**Case Name:** KAMANA O'KALA, LLC

**Taxpayer ID #:** **-***7811

**Period Ending:** 07/31/19

**Trustee:** KENNETH S. EILER (570100)

**Bank Name:** Rabobank, N.A.

**Account:** ******1766 - Checking Account

**Blanket Bond:** $59,128,572.00 (per case limit)

**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 26,235.00 | 26,235.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 26,235.00 | 26,235.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$26,235.00** | **$26,235.00** | |

Net Receipts : 26,235.00

Net Estate : $26,235.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******1766** | **26,235.00** | **26,235.00** | **0.00** |
| | **$26,235.00** | **$26,235.00** | **$0.00** |